■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL ARATICO, Appellant. — Judgment, Supreme Court, New York County (Sheldon Levy, J.), rendered on January 4, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Asch, J. P., Bloom, Fein and Alexander, JJ.